# ELECTRONIC RECORD

COA #   06-13-00227-CR                    OFFENSE: 1

STYLE:  Jeremy Allen Johnson v. The State
        of Texas                          COUNTY:  Hopkins

COA DISPOSITION:    Affirmed             TRIAL COURT: 8th District Court

DATE: 09/22/14              Publish: no   TC CASE #:   1323358

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Jeremy Allen Johnson v. The State of
        Texas                             CCA #:   1371-14

_____ PRO SE _____ Petition               CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE: _____

_____ REFUSED _____                       JUDGE: _____

DATE: 02/11/2015                          SIGNED: _____    PC: _____

JUDGE: Per Curiam                         PUBLISH: _____   DNP: _____

- - - - - - - - - - - - - - - - - - - - - - - - -

                                          _____ MOTION FOR

                                          REHEARING IN CCA IS: _____

                                          JUDGE: _____

# ELECTRONIC RECORD